BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:14-MJ-00056-JLT |
|---|---|
| Plaintiff, | GOVERNMENT'S REQUEST TO DISMISS COMPLAINT AND ORDER [FED.R.CRIM.PROC. 48(A)] |
| v. | |
| RICARDO IRIQUI-CORTEZ, | |
| Defendant. | |

Comes now the United States, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, and requests leave of the Court to dismiss the Complaint without prejudice as to the above-named defendant and recall the arrest warrant in the interest of justice.

Dated: January 7, 2015                          BENJAMIN B. WAGNER
                                                United States Attorney

                                          By:   /s/ LAUREL J. MONTOYA
                                                LAUREL J. MONTOYA
                                                Assistant United States Attorney

IT IS SO ORDERED.

    Dated:  **January 8, 2015**              **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE

IRIQUI-CORTEZ MOTION TO DISMISS COMPLAINT; ~~PROPOSED~~ ORDER

1